# DISTRICT COURT OF GUAM

**SUSAN M. ATOIGUE**

V.

**TELEGUAM HOLDINGS, LLC dba
GUAM TELEPHONE**

SUMMONS IN A CIVIL CASE

CASE NUMBER: **08-00001**

TO: (Name and address of Defendant)

**TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**LAW OFFICES OF WILLIAM L. GAVRAS**
2nd Floor, J&R Building
208 Route 4
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**JEANNE G. QUINATA**
Clerk of Court

/s/ Francine A. Diaz
(By) DEPUTY CLERK

JAN 08 2008

ACKNOWLEDGED RECEIPT
Sign: [signature]
Print: Rory Cruz
Date: 1/8/07

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                   Date                         *Signature of Server*

                                      _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.