# DISTRICT COURT OF GUAM

**SUSAN M. ATOIGUE**

V.

**TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08-00001**

**FILED**
DISTRICT COURT OF GUAM

JAN 2 2 2008

**JEANNE G. QUINATA**
Clerk of Court

TO: (Name and address of Defendant)

**TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**LAW OFFICES OF WILLIAM L. GAVRAS**
2nd Floor, J&R Building
208 Route 4
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

JAN 0 8 2008

CLERK

(By) DEPUTY CLERK

DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/11/08 |
| NAME OF SERVER *(PRINT)* Romy Cruz | TITLE Runner |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: NARINA MENDIOLA/EXECUTIVE ASSISTANCE AT GTA 624 (N) MAENE DRIVE, Tamuning Guam 96931

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/08
          Date

Signature of Server

JFR Bldg. 2nd Floor.
208 Route 4
Hagatna, Guam 96910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.