LAW OFFICES OF
TERRENCE M. BROOKS, P.C.
Ste. 101, Angela Flores Bldg.
247 Martyr Street
Hagatna, Guam 96910
(671) 472-6848
(671) 477-5790

Attorneys for Defendant,
Teleguam Holdings, LLC

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE<br><br>Plaintiff,<br>vs.<br><br>TELEGUAM HOLDINGS, LLC dba<br>GUAM TELEPHONE<br><br>Defendant, | CIVIL CASE NO: CV08-00001<br><br>ANSWER |

The Defendant Teleguam Holdings, LLC dba Guam Telephone hereby responds to the allegations of Plaintiff contained in its Complaint in the above captioned matter as follows:

1. Admits Plaintiff is an individual that has resided on Guam. Denies the remaining Allegations.

2. Admits that Defendant is a corporation duly organized and licensed to do business in the Territory of Guam; Admits Defendant employs more than 50 employees each working day.

3. Admits that this Court has jurisdiction over Family Medical Leave Act matters and denies all other allegations contained therein;

4. Admits

5. Deny

6. Deny

7. Deny

8. Deny

9. Deny

10. Deny

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief can be granted.

2. Waiver

3. Accord and Satisfaction

4. Plaintiff resigned voluntarily from her position

5. Lack of jurisdiction

DATED: January 29, 2008

**TERRENCE M. BROOKS, P.C.**

_____
Terrence M. Brooks, Esq.
Attorney for Defendant

# VERIFICATION

_Marie E. Mesa_, being duly sworn, deposes and says:

That he is the _Vice President, People Dept_ of Teleguam Holdings, LLC; That he has read the foregoing Answer and knows the contents thereof; and that the same is true of his own knowledge, except as to those matters which are therein stated on his information and belief, and, as to those matters, he believes them to be true.

Dated: 01/29/08

_[signature: Marie E. Mesa]_

SUBSCRIBED & SWORN to before me this 29TH day of January 2008, by Marie E. Mesa.



_[signature]_

NOTARY PUBLIC

**NACRINA F. MENDIOLA**
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 08, 2011
624 N. Marine Corps Drive Tamuning, Guam 96913

07113-53