LAW OFFICES OF
TERRENCE M. BROOKS, P.C.
Ste. 101, Angela Flores Bldg.
247 Martyr Street
Hagatna, Guam 96910
(671) 472-6848
(671) 477-5790

Attorneys for Defendant,
Teleguam Holdings, LLC

**FILED**
DISTRICT COURT OF GUAM

JAN 29 2008

JEANNE G. QUINATA
Clerk of Court



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE ) | CIVIL CASE NO: CV08-00001 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE |
| ) | OF SERVICE |
| TELEGUAM HOLDINGS, LLC dba ) | |
| GUAM TELEPHONE ) | |
| Defendant, ) | |

I, Clare C. Leon Guerrero, hereby certify and state that:

1. I am a United States citizen over the age of eighteen (18) years;

2. I am the legal secretary of the Law Office of Terrence M. Brooks, P.C.;

3. On or about January 29, 2008, I caused to be served, a copy of the Answer filed in the above matter via hand delivery to the following:

William Gavras, Esq.
Law Office of William Gavras
2nd Floor, J&R Bldg., 208 Rte. 4
Hagatna, Guam 96910

Dated this 29th day of January, 2008.

Law Office of Terrence M. Brooks, P.C.

By: _____
Clare C. Leon Guerrero

07113-53