DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TELEGUAM HOLDINGS, LLC dba ) <br> GUAM TELEPHONE, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 08-00001 <br><br><br><br> SCHEDULING NOTICE |

William Leon Gavras  
Law Offices of William L. Gavras  
101 Salisbury Street  
Dededo, GU 96929

Terrence M. Brooks  
Suite 101, Angela Flores Building  
247 Martyr Street  
Hagatna, GU 96910

The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to process cases in this Court.

Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

1. Counsel of record and all pro se litigants that have appeared in the case must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days after the filing of the complaint, prior to commencing discovery.

2. A proposed Scheduling Order and a proposed Discovery Plan shall be filed on or before the **21st day of March 2008**. Careful and immediate attention should be given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal Rules 16(b) and 26(f), and the Local Rules.

3. Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

4. Counsel of record and all pro se litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

5. A Scheduling Conference shall be held on the **7th day of April, 2008, at 9:30 a.m.**

6. Counsel are reminded that:

    a) The filing of motions does not postpone discovery.

    b) Local Rule 37.1 governs discovery disputes and motions.

    c) The number and form of interrogatories are governed by Local Rule 33.1.

    d) Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated: February 20, 2008

JEANNE G. QUINATA, Clerk of Court

By: /s/ Francine A. Diaz
     Francine A. Diaz, Deputy Clerk