ORIGINAL

LAW OFFICES OF
TERRENCE M. BROOKS, P.C.
Ste. 101, Angela Flores Bldg.
247 Martyr Street
Hagatna, Guam 96910
(671) 472-6848
(671) 477-5790

Attorneys for Defendant,
Teleguam Holdings, LLC

**FILED**
DISTRICT COURT OF GUAM

FEB 27 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE<br><br>       Plaintiff,<br>vs.<br><br>TELEGUAM HOLDINGS, LLC dba<br>GUAM TELEPHONE<br><br>       Defendant, | CIVIL CASE NO: CV08-00001<br><br>SUBSTITUTION<br>OF<br>COUNSEL |

TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE hereby substitutes the law firm of CARLSMITH BALL LLP, ESQ., in the place and stead of TERRENCE M. BROOKS, P.C. as counsel to represent TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE, in the above-entitled matter.

DATED this 26th day of February, 2008.

TELEGUAM HOLDINGS, LLC dba
GUAM TELEPHONE

By: _____
Daniel Moffat, CEO
Its duly authorized representative

07113-53

1
Substitution of Counsel

The foregoing substitution of the law offices of **CARLSMITH BALL LLP** in the place of the Law Office of Terrence M. Brooks, P.C., as counsel for TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE is hereby approved and consented to:

**CARLSMITH BALL LLP**

Dated: 2/26/2008

By: _____
**Meredith M. Sayre, Esq.**

**LAW OFFICE OF
TERRENCE M. BROOKS, P.C.**

By: _____
**Terrence M. Brooks, Esq.**

**SO ORDERED** this _____ day of _____, 2008

_____
**HONORABLE FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge, District Court of Guam

07113-53

2
Substitution of Counsel

Case 1:08-cv-00001   Document 7   Filed 02/27/2008   Page 2 of 2