**LAW OFFICES OF**
**TERRENCE M. BROOKS, P.C.**
Ste. 101, Angela Flores Bldg.
247 Martyr Street
Hagatna, Guam 96910
(671) 472-6848
(671) 477-5790

Attorneys for Defendant,
Teleguam Holdings, LLC

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE | CIVIL CASE NO: CV08-00001 |
| Plaintiff, | |
| vs. | |
| TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE | **ORDER APPROVING THE SUBSTITUTION OF COUNSEL** |
| Defendant, | |

IT IS HEREBY ORDERED that the Substitution of Counsel filed on February 27, 2008 by Terrence M. Brooks, Esq. and approved and consented by the Law Office of Carlsmith Ball, LLP. is confirmed.

So Ordered.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Mar 24, 2008

07113-53