CARLSMITH BALL LLP

MARCIA K. SCHULTZ
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Teleguam Holdings, LLC dba
Guam Telephone Authority



**FILED**
DISTRICT COURT OF GUAM

MAR 3 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE,<br><br>Plaintiff,<br><br>vs.<br><br>TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE AUTHORITY,<br><br>Defendant. | CIVIL CASE NO. CV08-00001<br><br>**APPLICATION FOR ADMISSION *PRO HAC VICE* OF MARCIA K. SCHULTZ; DECLARATION OF MARCIA K. SCHULTZ; DECLARATION OF ELYZE J. MCDONALD; DECLARATION OF SERVICE** |

NOW COMES Marcia K. Schultz of Carlsmith Ball LLP and makes application under GR 17.1(d) for admission *pro hac vice*, having been retained by Defendant Teleguam Holdings, LLC dba Guam Telephone Authority ("Teleguam"), a Guam entity, to defend its interests in the above-captioned litigation, and would respectfully show unto the Court as follows:

1. Marcia K. Schultz is not a resident of Guam.

2. Ms. Schultz is not regularly employed in Guam.

3. Ms. Schultz is not regularly engaged in business or other activities in Guam.

4. Ms. Schultz resides at Tapochao Road, Capital Hill, Saipan and practices as a principal attorney with Carlsmith Ball LLP, at Carlsmith Building, Isa Drive, P.O. Box 5241, Saipan, MP



96950-5241. Her office telephone number is 670.322.3455 and office facsimile number is 670.322.3368.

5. Ms. Schultz was admitted to practice in the United States District Court of the Northern Mariana Islands on August 11, 1986 and in the Supreme Court of the Commonwealth of the Northern Mariana Islands on Ma7 15, 1989, and is in good standing and eligible to practice in such courts.

6. Ms. Schultz is not currently suspended or disbarred in any court, nor has she ever been.

7. Ms. Schultz has been retained by Teleguam to represent Teleguam herein.

8. Ms. Schultz has designated Elyze J. McDonald, of Carlsmith Ball LLP, as local counsel, under GR 17.1(d)(2)(E) and (e). Ms. McDonald is an active member in good standing of the bar of this Court. Ms. McDonald has consented to this designation *infra*.

9. No waiver of any jurisdictional or venue challenge that may be made by Teleguam is intended by this application.

10. All facts asserted herein are attested to by Ms. Schultz, in the accompanying Declaration.

WHEREFORE, PREMISES CONSIDERED, Marcia K. Schultz of Carlsmith Ball LLP, applies for admission pro hac vice, to serve as lead counsel for Teleguam, through and including trial and/or judgment herein.

DATED: Saipan, MP, March 24, 2008.

_____
MARCIA K. SCHULTZ
Attorneys for Defendant
Teleguam Holdings, LLC dba
Guam Telephone Authority

DATED: Hagåtña, Guam, March 31, 2008.

                                */s/ Elyze J. McDonald*
                                ELYZE J. MCDONALD
                                Attorneys for Defendant
                                Teleguam Holdings, LLC dba
                                Guam Telephone Authority

# DECLARATION OF MARCIA K. SCHULTZ

I, Marcia K. Schultz, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration and in the accompanying Application for Admission.

2. I would testify competently as to these facts if called upon by the Court.

3. I am an attorney authorized to practice law in the Commonwealth of the Northern Mariana Islands and am presently employed with the law firm of Carlsmith Ball LLP, attorneys for Defendant Teleguam Holdings, LLC dba Guam Telephone Authority ("Teleguam") in the above-captioned action.

4. The facts set forth in the accompanying Application for Admission are true and correct.

5. This declaration is submitted in support of Defendant Teleguam's Application for Admission Pro Hac Vice of Marcia K. Schultz.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge, except as to those matters which are stated on information and belief and as to those matters, I believe them to be true.

EXECUTED: this 24 day of March 2008 at Saipan, MP.

MARCIA K. SCHULTZ

# DECLARATION OF ELYZE J. MCDONALD

I, Elyze J. McDonald, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this Declaration.

2. I would testify competently as to these facts if called upon by the Court.

3. I am an attorney authorized to practice law in the District Court of Guam and am presently employed with the law firm of Carlsmith Ball LLP, attorneys for Defendant Teleguam Holdings, LLC dba Guam Telephone Authority ("Teleguam") in the above-captioned action. My office address and contract information is Bank of Hawaii Bldg., Suite 401, 134 West Soledad Avenue, P.O. Box BF, Hagåtña, Guam 96932-5027, 671-472-6813 (telephone), 671-477-4375 (fax), emcdonald@carlsmith.com.

4. This declaration is submitted in support of Defendant Teleguam's Application for Admission Pro Hac Vice of Marcia K. Schultz.

5. I hereby consent to the designation as local counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge, except as to those matters which are stated on information and belief and as to those matters, I believe them to be true.

EXECUTED: this 31st day of March 2008 at Hagåtña, Guam.

_____
ELYZE J. MCDONALD

# DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on March 31, 2008, I will cause to be served, via hand delivery, a true and correct copy of APPLICATION FOR ADMISSION PRO HAC VICE OF MARCIA K. SCHULTZ; DECLARATION OF MARCIA K. SCHULTZ; DECLARATION OF ELYZE J. MCDONALD; DECLARATION OF SERVICE upon the following Counsel(s) of record:

>William Leon Gavras, Esq.
>LAW OFFICES OF WILLIAM L. GAVRAS, P.C.
>101 Salisbury Street
>Dededo, Guam 96929
>*Attorneys for Plaintiff Susan M. Atoigue*

Executed this 31st day of March 2008 at Hagåtña, Guam.

*[signature]*
ELYZE J. McDONALD