CARLSMITH BALL LLP

MARCIA K. SCHULTZ
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP  96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Teleguam Holdings, LLC dba
Guam Telephone Authority


IN THE DISTRICT COURT OF GUAM


| | |
|---|---|
| SUSAN M. ATOIGUE, | CIVIL CASE NO. 08-00001 |
| Plaintiff, | |
| vs. | **ORDER** |
| TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE AUTHORITY, | **Granting Application for Admission** *Pro Hac Vice* **of  Marcia K. Schultz** |
| Defendant. | |

Upon review of the application, declaration, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Application of Marcia K. Schultz for Admission to

Practice on Guam *Pro Hac Vice* is GRANTED.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Mar 31, 2008**

4823-1333-3506.1.057812-00027