DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE,<br><br>      Plaintiff,<br><br>  vs.<br><br>TELEGUAM HOLDINGS, LLC<br>dba UAM TELEPHONE AUTHORITY,<br><br>      Defendant. | CIVIL CASE NO. 08-00001<br><br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE
      April 7, 2008, at 9:40 a.m.

( ) FINAL PRETRIAL CONFERENCE      ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was William L. Gavras. Appearing on behalf of the Defendant was Meredith Sayre.

    Judge Manibusan and the parties discussed the dates and deadlines in the proposed scheduling order. After making minor revisions, Judge Manibusan signed the proposed order.

    The conference concluded at 9:55 a.m.

    Dated: April 9, 2008.

                                              **Prepared by:** Judith P. Hattori
                                                                   Law Clerk