CARLSMITH BALL LLP

MARCIA K. SCHULTZ
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5057
Telephone No. 472.6813
Facsimile No. 477.4375
emcdonald@carlsmith.com
mkschultz@carlsmith.com

Attorneys for Defendant
Teleguam Holdings, LLC dba
Guam Telephone Authority

FILED
DISTRICT COURT OF GUAM

JUN 10 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE,<br><br>  Plaintiff,<br><br>vs.<br><br>TELEGUAM HOLDINGS, LLC dba GUAM TELEPHONE AUTHORITY,<br><br>  Defendant. | CIVIL CASE NO. CV08-00001<br><br>**NON-AGREEMENT OF HEARING DATE; DECLARATION OF SERVICE** |

Pursuant to Local Rule 7.1, I, Elyze McDonald, hereby state the following:

1. I am the attorney for Defendant Teleguam Holdings, LLC dba Guam Telephone Authority in this matter. I have contacted counsel for Plaintiff Susan M. Atoigue to agree upon a date for oral argument on Defendant's Motion for Leave to Amend Answer, filed concurrently herewith.

2. I received no response to my request for an agreement of hearing date.

3. Defendant requests that the Court set a hearing on its Motion for Leave to Amend


its Answer at its convenience.

DATED: Hagåtña, Guam, June 10, 2008.

CARLSMITH BALL LLP

*[signature]*
MARCIA K. SCHULTZ
ELYZE J. MCDONALD
Attorneys for Defendant
Teleguam Holdings, LLC dba
Guam Telephone Authority

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on June 10, 2008, I will cause to be served, via hand delivery, a true and correct copy of NON AGREEMENT OF HEARING DATE; DECLARATION OF SERVICE upon the following Counsel(s) of record:

> **William Leon Gavras, Esq.**
> **LAW OFFICES OF WILLIAM L. GAVRAS, P.C.**
> **101 Salisbury Street**
> **Dededo, Guam 96929**
> *Attorneys for Plaintiff Susan M. Atoigue*

Executed this 10th day of June 2008 at Hagåtña, Guam.

_____
ELYZE J. McDONALD