CARLSMITH BALL LLP

MARCIA K. SCHULTZ
*mschultz@carlsmith.com*
ELYZE J. MCDONALD
*emcdonald@carlsmith.com*
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Telephone No. 671.472.6813
Facsimile No. 671.477.4375

Attorneys for Defendant
TELEGUAM HOLDINGS, LLC dba
GUAM TELEPHONE AUTHORITY



FILED
DISTRICT COURT OF GUAM

JUN 26 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE,<br><br>Plaintiff,<br><br>vs.<br><br>TELEGUAM HOLDINGS, LLC<br>dba GUAM TELEPHONE AUTHORITY,<br><br>Defendant. | CIVIL CASE NO. 08-00001<br><br>**STIPULATION RE AMENDED ANSWER AND DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER** |

The parties HEREBY STIPULATE that Defendant Teleguam Holdings, LLC dba Guam Telephone Authority may file an Amended Answer to Plaintiff Susan M. Atoigue's Complaint.

Within five business days of an Order of the Court accepting this Stipulation, Teleguam will file its Amended Answer and a withdrawal of its Motion for Leave to file an Amended Answer.


ORIGINAL

SO STIPULATED AND AGREED: Hagåtña, Guam, June 19, 2008.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
MARCIA K. SCHULTZ
Attorneys for Defendant
TELEGUAM HOLDINGS, LLC
dba GUAM TELEPHONE AUTHORITY

SO STIPULATED AND AGREED: Hagåtña, Guam, June 25, 2008.

LAW OFFICES OF WILLIAM L. GAVRAS

_____
WILLIAM L. GAVRAS
Attorneys for Plaintiff
SUSAN M. ATOIGUE