CARLSMITH BALL LLP

MARCIA K. SCHULTZ
*mschultz@carlsmith.com*
ELYZE J. McDONALD
*emcdonald@carlsmith.com*
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5057
Telephone No. 472.6813
Facsimile No. 477.4375
emcdonald@carlsmith.com
mkschultz@carlsmith.com

Attorneys for Defendant
Teleguam Holdings, LLC dba
Guam Telephone Authority

**FILED**
DISTRICT COURT OF GUAM

JUN 26 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SUSAN M. ATOIGUE,<br><br>    Plaintiff,<br><br>vs.<br><br>TELEGUAM HOLDINGS, LLC dba<br>GUAM TELEPHONE AUTHORITY,<br><br>    Defendant. | CIVIL CASE NO. CV08-00001<br><br>**DECLARATION OF SERVICE** |

    I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on June 26, 2008, I will cause to be served, via hand delivery, a true and correct copy of STIPULATION RE AMENDED ANSWER AND DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER upon the following Counsel(s) of record:



William Leon Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS, P.C.
101 Salisbury Street
Dededo, Guam 96929
*Attorney for Plaintiff Susan M. Atoigue*

Executed this 26th day of June 2008 at Hagåtña, Guam.

_____
ELYZE J. MCDONALD